Page 1 of 6

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/18/2024

IN RE:

SANDRA M. POLLARD
805 INWOOD STREET
PITTSBURGH, PA 15208
XXX-XX-7127           Debtor(s)

Case No.19-23461 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/18/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LCS CAPITAL LLC**<br>C/O LCS FINANCIAL SERVICES CORP<br>6782 S POTOMAC ST STE 100<br>CENTENNIAL, CO 80112 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 6,223.67<br>COMMENT: AVD/OE-PL*PMTS PROPER*6860/SCH*2ND* | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 6886 |
| **US BANK NA - TRUSTEE FOR THE CIM TRUST E**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: RS/OE~STAYED*PMT/NTC-PL*CL6GOV W/CHGS*DK4LMT*BGN 9/19*FR US BANK/N/ | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5137 |
| **CITY OF PITTSBURGH (RE)***<br>C/O JORDAN TAX SVC INC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO PMTS/CONF*125G220*D | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G220 |
| **CITY OF PITTSBURGH (RE)***<br>C/O JORDAN TAX SVC INC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 05-15/SCH@PRI*CMBND@4 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G220 |
| **CITY OF PITTSBURGH (RE)***<br>C/O JORDAN TAX SVC INC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 08-17/SCH@PRI*CMBND@4 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G220 |
| **PITTSBURGH SD (CITY OF PGH) (RE)***<br>C/O JORDAN TAX SVC INC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO PMTS/CONF*125G220*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2000 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 306.12<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4313 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 617.77<br>COMMENT: CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3217 |
| **DIRECTV (*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br><br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6597 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8007 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 2,750.34<br>COMMENT: X0288/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5859 |
| **EQUITABLE GAS - NOW PEOPLES NATURAL GA**<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0026 |
| **FAMILY VISION CARE EAST**<br>5917 PENN AVE<br>PITTSBURGH, PA 15206 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8686 |
| **KAY JEWELERS**<br>POB 1799<br>AKRON, OH 44309-1799 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1705 |
| **MEDICARE PREMIUM COLLCTN CTR++**<br>POB 371384M<br>PITTSBURGH, PA 15250 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: OX82 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMBINED @ 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3270 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:18  INT %: 10.00%<br>Court Claim Number:9<br>CLAIM: 673.20<br>COMMENT: 125G220*$CL-PL@10%/PL*UNS/SCH*WNTS 10%*THRU 8/30/19*TIMELY | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G220 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8132 |
| **REFLEX++**<br>24 W 10TH<br>TYRONE, PA 16686 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2302 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0155 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 946.94<br>COMMENT: NT/SCH*CHG OFF 10/19*FR BANK OF MISSOURI-DOC 81 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4749 |
| **ASHLEY FUNDING SVCS LLC**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 107.00<br>COMMENT: NT/SCH*LAB CORP*CHG OFF 9/26/19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1840 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 690.10<br>COMMENT: NT/SCH*HSBC*CAP 1*CHG OFF 10/12*STALE? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0038 |
| **US BANK NA - TRUSTEE FOR THE CIM TRUST E**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 25,299.59<br>COMMENT: RS/OE~STAYED*CL6GOV*$CL-PL*THRU 8/19*FR US BANK/NATIONSTAR-DOC 109*D | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5137 |
| **ROBERTSON ANSCHULTZ SCHNEID ET AL**<br>130 CLINTON RD STE 202<br>FAIRFIELD, NJ 07004 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA**<br>13010 MORRIS RD SUITE 450<br>ALPHARETTA, GA 30004 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS COMPANY LLC****<br>ATTN BANKRUPTCY NOTICING<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: $/DOE-PL-CONF*BGN MARCH DISTRIB*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9195 |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA**<br>130 CLINTON RD #202<br>FAIRFIELD, NJ 07004 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

Case 19-23461-JAD    Doc 112    Filed 07/18/24    Entered 07/18/24 10:24:45    Desc
Page 6 of 6

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  US BANK~CIM TRUST/PRAE | |