# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PA

Chapter:     13
Case No:     1923461

In re:       SANDRA M POLLARD


Account Number: 0038

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 7 filed on 10/29/2019 in the amount of $690.10 .

On this date 7/18/2024.


By:   /s/ Zachery C. Hayes
      Zachery C. Hayes
      Bankruptcy Representative
      PRA Receivables Management, LLC., as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@prareceivables.com