IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>SANDRA M. POLLARD,<br>Debtor(s), | ) | CHAPTER 13 |
| | ) | CASE NO.: 19-23461-JAD |
| | ) | DOC NO. |
| FRANKLIN L. ROBINSON, JR.,<br>Movant, | ) | HEARING DATE AND TIME<br>9-1-2026 at 10:00 a.m. |
| v. | ) | |
| NO RESPONDENT. | ) | |

EXHIBIT "A"

## CATEGORY LISTING OF TIME AND SERVICES ON BEHALF OF DEBTOR

Category 1 - Case Administration, Preparation and Filing of Documents, Lien Search
Category 2 - Preparation for and Appearance at 341 meetings and Hearings
Category 3 - Claims Administration
Category 4 - Consultation and Communication with client, correspondence with creditors and other third parties
Category 5 - Fee Application Preparation
Category 6 - Administrative Services, ie, file maintenance, docket review, typing, filing and service of documents

INVOICE

Total Hours for Attorney Franklin L. Robinson, Jr.: 41.05 hours
Postage: 0
Copies: 0
Subtotal Current Fees and Costs:$10,262.50
Minus Retainer and amounts already paid:$4,000.00
Total Additional Fees Due:$6,262.50
Total Additional Fees Requested:$1,500.00

| DESCRIPTION Sandra M. Pollard 19-23461-JAD | DATE | TIME | NAME | CODE |
|---|---|---|---|---|
| Prepared and Filed Ch. 13 Voluntary Petition | 8/30/2019 | 1 | FLR | 1 |
| Prepared and Filed Notice Regarding Mailing Matrix | 8/30/2019 | .50 | FLR | 1 |
| Filed Certificate of Credit Counseling | 8/30/2019 | .50 | FLR | 1 |
| Reviewed Proof of Claims Notice | 9/1/2019 | .10 | FLR | 1 |
| Reviewed Bankruptcy Petition | 9/3/2019 | .10 | FLR | 1 |
| Prepared and Filed a Motion to Extend Automatic Stay | 9/3/2019 | 1 | FLR | 1 |
| Prepared and Filed Declaration | 9/4/2019 | .50 | FLR | 1 |
| Reviewed Notice of Appearance and Request | 9/5/2019 | .10 | FLR | 1 |
| Prepared and Filed Chapter 13 Plan | 9/12/2019 | 1 | FLR | 1 |
| Prepared and filed Employee Income Records | 9/12/2019 | .50 | FLR | 1 |
| Prepared and Filed Completed Bankruptcy Petition | 9/12/2019 | 1 | FLR | 1 |
| Reviewed Meeting of Creditors | 9/13/2019 | .10 | FLR | 1 |
| Prepared and Filed Certificate of No Objection | 9/23/2019 | .50 | FLR | 1 |
| Reviewed Order Granting Motion to Extend Automatic Stay | 9/24/2019 | .10 | FLR | 1 |
| Prepared for Meeting of Creditors | 10/20/2019 | .50 | FLR | 2 |
| Went to Meeting of Vreditors | 10/21/2019 | .50 | FLR | 2 |
| Reviewed Supporting Documentation from 341 Meeting | 10/24/2019 | .10 | FLR | 1 |
| Reviewed Interim Order Confirming Plan as Modified and Setting Deadline for certain actions | 10/24/2019 | .10 | FLR | 1 |
| Reviewed Creditor Request for Notices | 11/22/2019 | .10 | FLR | 1 |
| Reviewed Notice of Appearance and Request for Notice | 12/3/2019 | .10 | FLR | 1 |

| | | | | |
|---|---|---|---|---|
| Reviewed Filed Notice Reminder to file Certification of Completion Course | 12/5/2019 | .10 | FLR | 1 |
| Reviewed Creditor Request for Notices | 12/10/2019 | .10 | FLR | 1 |
| Reviewed Creditor Request for Notices | 12/10/2019 | .10 | FLR | 1 |
| Reviewed and Filed Notice of Appearance and Request for Notice | 12/12/2019 | .10 | FLR | 1 |
| Reviewed Terminating Objection to Discharge Deadline | 12/22/2019 | .10 | FLR | 1 |
| Reviewed Motion for Relief from Stay | 1/3/2020 | .50 | FLR | 1 |
| Discussed case with client | 1/3/2020 | .50 | FLR | 4 |
| Prepared and Filed Response to Motion for relief from Automatic Stay | 1/28/2020 | 1 | FLR | 1 |
| Prepared Motion for Relief Stay Hearing | 2/4/2020 | .50 | FLR | 2 |
| Went for Relief from Stay Hearing | 2/5/2020 | .50 | FLR | 2 |
| Reviewed Text Order signed | 2/7/2020 | .10 | FLR | 1 |
| Prepared for Conciliation Conference | 3/11/2020 | .50 | FLR | 1 |
| Went to Conciliation | 3/12/2020 | .50 | FLR | 2 |
| Prepared and Filed Text Order signed | 3/13/2020 | .10 | FLR | 1 |
| Reviewed Order Confirming Plan | 3/17/2020 | .10 | FLR | 1 |
| Prepared and Filed Adversary Case 20-02055 | 3/18/2020 | 1 | FLR | 1 |
| Prepared for Adversary Hearing | 4/30/2020 | .10 | FLR | 1 |
| Went to Adversary Hearing | 5/1/2020 | .50 | FLR | 2 |
| Discussed case with client | 5/4/2020 | .50 | FLR | 4 |
| Reviewed Order Signed on 5/4/2020 | 5/4/2020 | .10 | FLR | 1 |
| Prepared and Filed Amended Chapter 13 Plan | 5/7/2020 | 1 | FLR | 1 |
| Discussed Case with client | 5/8/2020 | .50 | FLR | 1 |
| Reviewed Corrective Entry | 5/8/2020 | .10 | FLR | 1 |
| Prepared and Filed Certificate of Service of Order Setting Hearing | 6/30/2020 | 1 | FLR | 1 |

| | | | | |
|---|---|---|---|---|
| Prepared and Filed Amended Chapter 13 Plan dated 6/26/2020 | 6/30/2020 | 1 | FLR | 1 |
| Prepared for Conciliation Conference | 7/6/2020 | .50 | FLR | 1 |
| Went to Conciliation | 7/7/2020 | .50 | FLR | 2 |
| Prepared for conciliation | 9/9/2020 | .50 | FLR | 2 |
| Went to Conciliation | 9/10/2020 | .50 | FLR | 2 |
| Reviewed Order | 9/16/2020 | .10 | FLR | 1 |
| Discussed case with client | 9/16/2020 | .25 | FLR | 4 |
| Reviewed Judge Deller's Updates for his Procedures on All Chapter 13 Cases | 12/24/2020 | .10 | FLR | 1 |
| Reviewed Trustee's Certificate of Default | 1/14/2021 | .10 | FLR | 1 |
| Reviewed Order Directing Debtor | 1/14/2021 | .10 | FLR | 1 |
| Reviewed Withdrawal of Certificate of Default | 1/14/2021 | .10 | FLR | 1 |
| Reviewed Order Signed on 1/14/2021 | 1/14/2021 | .10 | FLR | 1 |
| Reviewed Notice of Funds on Reserve | 1/21/2021 | .10 | FLR | 1 |
| Reviewed Motion to Allow Claims Filed by Creditor | 1/26/2021 | .10 | FLR | 1 |
| Discussed Case with client | 1/26/2021 | .50 | FLR | 4 |
| Reviewed Notice of Funds on Reserve | 2/1/2021 | .10 | FLR | 1 |
| Reviewed Certificate of No Objection Regarding the Hearing on 3/3/2021 | 2/17/2021 | .10 | FLR | 1 |
| Reviewed Default Order Granting Motion to Allow Claims | 2/25/2021 | .10 | FLR | 1 |
| Reviewed Certificate of Service | 3/2/2021 | .10 | FLR | 1 |
| Prepared and Filed Amended Chapter 13 Plan | 3/4/2021 | 1 | FLR | 1 |
| Reviewed Text Order To Re-file Amended Plan | 3/4/2021 | .10 | FLR | 1 |
| Prepared and Filed Amended Chapter 13 Plan | 3/8/2021 | 1 | FLR | 1 |
| Reviewed Text Order refile the amended plan | 3/8/2021 | .10 | FLR | 1 |

| | | | | |
|---|---|---|---|---|
| Reviewed Corrective Entry | 3/9/2021 | .10 | FLR | 1 |
| Prepared and Filed Amended Chapter 13 Plan | 3/9/2021 | 1 | FLR | 1 |
| Prepared and Filed Declaration Re: Notice of Mortgage Payment Change | 4/14/2021 | .50 | FLR | 1 |
| Prepared For Conciliation Conference | 4/28/2021 | .50 | FLR | 2 |
| Went to Conciliation | 4/29/2021 | .50 | FLR | 2 |
| Prepared and Filed Certification of Counsel | 4/30/2021 | .50 | FLR | 1 |
| Reviewed Confirming Chapter 13 Plan | 5/3/2021 | .10 | FLR | 1 |
| Reviewed Transfer of Claim: 4 Transfer Agreement 3001 (e) 2 Transfer | 7/29/2021 | .10 | FLR | 1 |
| Reviewed Transfer of Claim | 7/29/2021 | .10 | FLR | 1 |
| Prepared and Filed Objection to the Notice of Mortgage Payment | 9/9/2021 | 1 | FLR | 1 |
| Discussed case with client | 9/9/2021 | .50 | FLR | 4 |
| Reviewed Notice of Appearance and Request for Notice | 9/30/2021 | .10 | FLR | 1 |
| Reviewed and Filed Response Regarding the Hearing on 10/27/2021 | 10/12/2021 | .50 | FLR | 1 |
| Prepared for Objection Hearing | 10/26/2021 | .50 | FLR | 2 |
| Went to Objection Hearing | 10/27/2021` | .50 | FLR | 2 |
| Reviewed Text Order | 10/27/2021 | .10 | FLR | 1 |
| Reviewed Text Order | 11/15/2021 | .10 | FLR | 1 |
| Prepared for Objection Hearing | 11/23/2021 | .50 | FLR | 2 |
| Went to Objection Hearing | 11/23/2021 | .50 | FLR | 2 |
| Reviewed and Filed Transfer of Claim: 1 | 12/2/2021 | .10 | | 1 |
| Prepared and Filed Certification of Counsel | 12/7/2021 | .50 | FLR | 1 |
| Discussed case with client | 12/8/2021 | .50 | FLR | 4 |
| Prepared and Filed Consent Order Signed on 12/8/2021 | 12/8/2021 | 1 | FLR | 1 |

| | | | | |
|---|---|---|---|---|
| Reviewed Notice of Appearance and Request for Notice | 6/22/2023 | .10 | FLR | 1 |
| Reviewed Motion for Relief from | 8/16/2023 | .50 | FLR | 1 |
| Discussed case with client | 8/16/2023 | .50 | FLR | 4 |
| Prepared and Filed Response *to Motion for Relief from Stay* | 9/1/2023 | 1 | FLR | 1 |
| Reviewed Motion to Withdraw / Dismiss Document *Motion for Relief* | 9/11/2023 | .10 | FLR | 1 |
| Reviewed Order Withdrawing Motion for Relief for Stay | 9/11/2023 | .10 | FLR | 1 |
| Reviewed Order Entered 1/12/2024 Approving Omnibus Motion to Withdraw | 1/12/2024 | .10 | FLR | 1 |
| Reviewed Transfer of Claim;6 Transfer Agreement 3001 (e) 2 Transferor | 1/23/2024 | .10 | FLR | 1 |
| Reviewed Notice of Claims | 7/18/2024 | .10 | FLR | 1 |
| Reviewed Withdrawal of Claim: 7 Filed by PRA Receivables Management LLC | 7/18/2024 | .10 | FLR | 1 |
| Prepared and Filed Amended Chapter 13 Plan | 12/31/2024 | .10 | FLR | 5 |
| Prepared for Conciliation | 2/12/2025 | .50 | FLR | 2 |
| Went to Conciliation | 2/13/2025 | .50 | FLR | 2 |
| Prepared and filed Certification of Counsel | 3/28/2025 | .10 | FLR | 1 |
| Reviewed Order Confirming Amended Plan | 3/31/2025 | .10 | FLR | 1 |
| Reviewed Order Entered 3/24/2026 | 3/24/2026 | .10 | FLR | 1 |
| Prepared and filed Application for Compensation | 8/4/2026 | 2 | FLR | 5 |