Certificate Number: 15317-PAW-DE-041337805

Bankruptcy Case Number: 19-23461

15317-PAW-DE-041337805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2026, at 8:03 o'clock PM PDT, Sandra M Pollard completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 17, 2026

By: /s/Mawrin Sison

Name: Mawrin Sison

Title: Certified Credit Counselor